_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

So Ordered.

Signed this 6 day of February, 2015.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | **Case No. 14-10660 - rel** |
| **Ultimate Fitness, LLC,** | **Chapter 11** |
| *Debtor.* | |

**Interim Conditional Order**
**Dismissing Chapter 11 Case**

UPON, the hearing on the adequacy of information in the Debtor's Disclosure Statement and Plan (Doc. No. 47), scheduled for and heard February 4, 2015, together with the objection by the United States Trustee (Doc, No. 52) and the objection by the City of Schenectady (Doc. No. 51) and further,

UPON, the appearances of Richard Croak, Esq., for the Debtor, Brian S. Kremer, Esq., for the City of Schenectady and Kevin Purcell, Trial Attorney for William K. Harrington, United States Trustee for Region 2, and further

UPON, the Debtor's consent, and further

1

UPON, the record of the hearing, the entire record of the case, and for good cause shown, it is

ORDERED, that the Debtor shall file with the Court its September, October, November and December 2014 Monthly Operating Reports in a form generally compliant with the United States Trustee's guidelines for a debtor-in-possession, with bank statements attached, by no later than the close of business February 18, 2015, and it is further

ORDERED, that the Debtor shall file pay to the United States Trustee the sum of $975.00 by no later than the close of business February 18, 2015, and it is further

ORDERED, that the Debtor shall file with the Court its Second Amended Disclosure and Plan, which may be in the form of a supplement to its First Amended Disclosure and Plan at the Debtor's discretion, by no later than the close of business February 20, 2015, and it is further

ORDERED, that the hearing on the adequacy of information is adjourned to February 25, 2015 at 10:30 AM, and it is further

ORDERED, that in the event that the Debtor fails to comply with any of the terms or conditions of this order, this case shall be dismissed upon filing by the United States Trustee of an *ex parte* application reciting the terms and conditions that the Debtor has failed to comply with and a proposed final order of dismissing this case.

###