UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re Ultimate Fitness LLC

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address 237 State Street

Schenectady, NY 12305

Case No. 14-10660

Chapter 11

Last four digits of Social Security or Individual Tax-- Payer-Identifications (ITIN) No(s). _____
Employer Tax Identification (EIN) No(s)(if any) _____
26-0437331

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR HEARING ON CONFIRMATION, FILING ACCEPTANCES OR REJECTIONS OF PLAN AND FIXING DATES, COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by : Ultimate Fitness LLC _____ on __12/1/2014__ referring to a Plan under Chapter 11 of the Code filed by : Ultimate Fitness LLC _____ on __7/25/2014__.

(if appropriate, as modified by a modification filed on _____ ) ; and it having been determined after hearing on notice that the Disclosure Statement contains adequate information pursuant to 11 USC 1125:

IT IS ORDERED, and notice is hereby given, that:

A. The Disclosure Statement referred to above is approved.

B. Apr 5, 2015 is fixed as the last day for filing written acceptances or rejections of the Plan referred to above pursuant to Fed. R. Bankr. P. 3017(c).

C. The plan, disclosure statement and a ballot conforming to official form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d) and Fed. R. Bankr. P. 2002(b).

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

E. Hearing on confirmation of the Plan is set for __10:30am__ on __Apr 15, 2015__, at __U.S. Courthouse, 445 Broadway, Suite 306, Albany, NY__.

F. Written objections to confirmation of the Plan must be filed with the Court and served in accordance with Fed. R. Bankr. P. 3020(b)(1) no later than seven (7) days prior to the hearing on confirmation.

G. Deadline to file complaints objecting to the discharge of the debtor(s) pursuant to 11 U.S.C. § 1141(d) & Fed. R. Bankr. P. 4004(a): __n/a__.

The above hearing may be adjourned from time to time by announcement made in open court, without further written notice to parties in interest.

ENCLOSED HEREWITH IS A COPY OF: PLAN, BALLOT FOR ACCEPTING OR REJECTING PLAN AND DISCLOSURE STATEMENT. PLEASE RETURN BALLOTS TO THE ATTORNEY FOR THE PROPONENT OF THE PLAN AT THE ADDRESS BELOW.

* Richard Croak
314 Great Oaks Blvd
Albany, NY 12203

BY THE COURT

At Albany, NY
Date: February 25, 2015

HON. ROBERT E. LITTLEFIELD, JR.
U.S. Bankruptcy Judge

O:R3017C(01/10/2011)